1038

[No. 6597–1. Division One. May 21, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDOLPH HERMAN DORSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83328, Frank J. Eberharter, J., entered April 24, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams and Ringold, JJ.

[No. 6985–1. Division One. May 21, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIS BYRD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84155, Norman W. Quinn, J., entered September 6, 1978. *Remanded* by unpublished per curiam opinion.

[No. 2967–3. Division Three. May 22, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH MINES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 3775, Fred R. Staples, J., entered June 29, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.

[No. 6096–1. Division One. May 21, 1979.]

NORTHWEST ADMINISTRATORS, INC., *Appellant,* v. LARRY MARTIN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 788601, Eugene G. Cushing, J., entered October 28, 1978. *Reversed* by unpublished opinion per Williams, J., concurred in by Farris and Andersen, JJ.